IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SANDRA BISHOP, *et al.*, | |
| Plaintiffs, | |
| v. | 2:23-CV-176-Z-BR |
| BHAVIHAYAN HOSPITALITY, LLC, *et al.*, | |
| Defendants. | |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the U.S. Magistrate Judge to Order Plaintiff to Move for Default Judgment ("FCR") (ECF No. 17), filed February 28, 2024. In the instant case, the record reflects "that Defendants have been in default for a period in excess of 90 days." *Id.* at 2. And this Court's Civil Rules provide that:

> If a defendant has been in default for 90 days, the presiding judge may require the plaintiff to move for entry of a default and a default judgment. If the plaintiff fails to do so within the prescribed time, the presiding judge will dismiss the action, without prejudice, as to that defendant.

N.D. TEX. CIV. R. 55.1. Accordingly, the FCR provides that this Court should order Plaintiff "to move for default judgment against Defendants[.]" ECF No. 17 at 2. The Court does so now. The FCR is **ADOPTED**, and Plaintiff is hereby **ORDERED** to move for default judgment against Defendants **within fifteen days of the date of this Order**.

**SO ORDERED**.

March _7_, 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE